[No. 26764-1-II.   Division Two.   March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BEACH MALONEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00610-6, David R. Draper, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Quinn-Brintnall, JJ.

[No. 26836-1-II.   Division Two.   March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT REED, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02471-5, Vicki L. Hogan, J., entered December 8, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 26837-0-II.   Division Two.   March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ADONIS A. TORO, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 00-1-00226-2, James B. Sawyer II, J., entered November 30, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 26873-6-II.   Division Two.   March 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL BLAINE HOWLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00484-7, H. John Hall, J., entered January 10, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Quinn-Brintnall, JJ.